In the Matter of the Judicial Settlement of the Account of BUDMAN R. SKEAN, Committee of the Estate of RAYMOND B. SKEAN, an Incompetent Person. AMERICAN SURETY COMPANY OF NEW YORK, Appellant; JACOB AKS, Special Guardian for Incompetent, and U. S. VETERANS ADMINISTRATION, Respondents; BROOKLYN TRUST COMPANY, Substituted Committee.— Appeal by the surety upon the bond of a committee of the estate of an incompetent from an order surcharging the committee and his surety with certain items and the expense of the proceeding. Order modified on the law and the facts by reducing the committee's total surcharge to the following items:

| | |
|---|---:|
| Interest on bank account | $7 97 |
| Charge for telegram | 2 56 |
| Overdraft for maintenance 6–1–34 | 56 00 |
| Maintenance allowance withdrawn when incompetent was confined to hospital | 60 00 |
| Overdraft maintenance Sept.-Oct. 1933 | 96 00 |
| Compensation check dated July 7, 1926 | 32 26 |
| Incompetent's distributive share of estate | 78 06 |
| Total surcharge | $332 85 |

As so modified the order is unanimously affirmed, without costs. An examination of the record establishes that all insurance and compensation was retained by the committee except the sum of $32.26. There is no evidence to support the surcharge of $150 based upon the so-called receipt. The surcharge of $465.67, based upon a comparison of the examining referee's report and the annual accounts, must be reversed and disallowed. The examining referee's report did not cover the same periods as the annual accounts and one annual account at least was omitted from the comparison. Under the circumstances of this case we feel that allowances, which seem very liberal, should not be made a charge against the committee and his surety, but should be paid out of the estate. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ. Settle order on notice.